UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:17-CR-0064-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| WILLIAM ROY DUNCAN | ) | |

Upon motion of the United States of America, by and through the United States Attorney for the Eastern District of North Carolina, it is hereby ORDERED that all court records pertaining to WILLIAM ROY DUNCAN be changed to reflect the proper identification of the defendant as WILLIAM RAY DUNCAN.

This the 20th day of December, 2017.

LOUISE W. FLANAGAN
United States District Judge