UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:17-CR-64-FL

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>WILLIAM RAY DUNCAN | ORDER TO SEAL |

On motion of the Defendant, William Ray Duncan, and for good cause shown, it is here by ORDERED that the [DE 37] be sealed until further notice by this Court.

IT IS SO ORDER.

This  5th   day of December, 2018.

_____
LOUISE W. FLANAGAN
United States District Judge